# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEROMY WILSON, | ) | CASE NO. 8:26-cv-13 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **MOTION TO DISMISS** |
| CITY OF OMAHA, a municipal corporation; MATT KUHSE, City Attorney for the City of Omaha, in his official capacity; KEVIN SLIMP, City Prosecutor for the City of Omaha, in his official capacity; DETECTIVE JARED DOSTAL, Omaha Police Department, in his individual and official capacities, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**COME NOW** the Defendants City of Omaha, a municipal corporation; Matt Kuhse, City Attorney for the City of Omaha, in his official capacity; Kevin Slimp, City Prosecutor for the City of Omaha, in his official capacity; and Detective Jared Dostal, Omaha Police Department, in his individual and official capacities ("Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) hereby move the Court to dismiss all of the Plaintiff's claims against the Defendants for the reason that the Plaintiff has failed to state a claim upon which relief can be granted on all counts. Defendants have submitted a Brief in Support of their Motion to Dismiss.

WHEREFORE, Defendants pray this Court issue an order dismissing all claims against the Defendants, and Plaintiff's Complaint in its entirety, with prejudice and grant such other relief as the Court deems just and proper.

Respectfully submitted this 4th day of March, 2026.

                                    CITY OF OMAHA, a municipal corporation, et al.,
                                    Defendants.

                              By:  /s/ *David J. Grauman*
                                  David J. Grauman, No. 25646
                                  Assistant City Attorney
                                  Attorney for the listed Defendants
                                  Omaha/Douglas Civic Center
                                  1819 Farnam Street, Suite 804
                                  Omaha, NE 68183
                                  (402) 444-5115
                                  david.grauman@cityofomaha.org
                                  Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2026, I filed the foregoing **MOTION TO DISMISS** with the Clerk of the Court using the CM/ECF system, which is to send notification of such filing to all attorneys of record and pro se litigants registered with CM/ECF system. Additionally, a copy was emailed to the Plaintiff at the address listed below:

Jeromy Wilson
4213 Corby Street
Omaha, NE 68111
Ph.: 402.415.9016
Email: djjiik2015@gmail.com

                                               /s/ *David J. Grauman*