IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEROMY WILSON, | | |
| Plaintiff, | 8:26-CV-13 | |
| vs. | ORDER | |
| CITY OF OMAHA, a municipal corporation, et al., | | |
| Defendants. | | |

This matter is before the Court on the Magistrate Judge's Findings and Recommendation (filing 40), recommending that the Court dismiss any claims in the plaintiff's operative amended complaint brought on behalf of A.W., the plaintiff's minor child. There has been no objection. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2. When a party fails to timely object to the report and recommendation of a magistrate judge, the party waives its right to de novo review by the district court of any portion of the report and recommendation. *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). Accordingly,

IT IS ORDERED:

1.  The Magistrate Judge's Findings and Recommendation (filing 40) are adopted.

2.  Any claims in the plaintiff's operative amended complaint (filing 38) brought on behalf of the plaintiff's minor child are dismissed without prejudice.

Dated this 11th day of May, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge